**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                              **CRIMINAL ACTION NO.: 4:25-cr-119-DMB-JMV**

**GLENN MAY**                                                                      **DEFENDANT**

**ORDER GRANTING MOTION TO WITHDRAW AND ORE TENUS MOTION TO**
**CONTINUE TRIAL DATE**

This matter is before the Court on motion of counsel Mark C. McClinton to withdraw from representation of defendant, Glenn May. [Doc. 40]. A hearing was held, where defendant confirmed that he has no objection to the motion to withdraw. The Court has satisfied itself that there has been an irreparable breakdown in communication and that withdrawal is appropriate under the circumstances. Also, during the hearing, an *ore tenus* motion [Doc. 44] was made by counsel for defendant, who himself confirmed his consent to the same, to continue the trial date. The Court has since been advised that there is no objection from the Government to the request to withdraw nor is there an objection to the *ore tenus* motion to continue the trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Mark C. McClinton is hereby allowed to withdraw as counsel of record for defendant and is relieved of further responsibility in the above-referenced matter. FPD will be appointed for the defendant by separate order.

After consultation with the Chief District Judge's chambers, the undersigned magistrate judge has been authorized to also grant the motion to continue trial, and the new trial will be noticed for August 31st, 2026. The formal notice for said trial from the Chief District Judge is forthcoming.

**SO ORDERED**, this the 29th day of May, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**